UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS J FULLER, et al.,

　　　　　　　　Plaintiffs,

　　　v.

PIERCE CONSERVATION DISTRICT, et al.,

　　　　　　　　Defendants.

CASE NO. C26-5425 BHS

ORDER

　　　　THIS MATTER is before the Court on its review of pro se plaintiffs Fuller, Harrison, and Dickerson's motion for leave to file an overlength Reply, Dkt. 17, and the Reply itself, Dkt. 18. Both were filed May 12, after the Court denied the underlying motion for a restraining order. Dkt. 16. The Court's minute Order, Dkt. 10, set a May 11 deadline for the reply.

　　　　Nevertheless, the motion to file an overlength reply, Dkt. 17, is **GRANTED**. The Court has reviewed the reply, and the Fuller declaration, and they do not change the Court's analysis or its conclusion.

ORDER - 1

Fuller contends first that he does have a contractual right to water from the PCD at the Herb Garden, pointing to an expired January 2025 Urban Farm Participant Agreement. Dkt. 18 at 2. Defendants contend and demonstrate that that agreement was not renewed for 2026. Even if it remained in effect, it does not appear to require water to the Herb Garden, even if Fuller was able to informally access water there in the past.

Fuller also contends that defendants "knew about" the lack of water. But Fuller does not articulate why that awareness amounts to a constitutional or even contractual obligation to repair the spigots on an adjacent, unrelated parcel. Finally, Fuller suggests that despite his assertion of a federal § 1983 claim, his state law claims predominate and that the Court should address its jurisdiction before reaching the merits. But Fuller placed the merits of his emergency motion for injunctive relief at issue when he filed his motion. The motion to remand will be considered when it is noted, June 1, 2026. Dkt. 11.

In the meantime, Fuller's motion for injunctive relief, Dkt. 5, remans **DENIED**.

**IT IS SO ORDERED**.

Dated this 14th day of May, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2